**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE GEO GROUP, INC., *Plaintiff-Appellant*, and UNITED STATES OF AMERICA, *Plaintiff*, v. GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California, *Defendants-Appellees*, and STATE OF CALIFORNIA, *Defendant.* | No. 20-56172 D.C. Nos. 3:19-cv-02491-JLS-WVG 3:20-cv-00154-JLS-WVG |

| UNITED STATES OF AMERICA, *Plaintiff-Appellant*, and THE GEO GROUP, INC., *Plaintiff*, v. GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; STATE OF CALIFORNIA, *Defendants-Appellees.* | No. 20-56304 D.C. Nos. 3:19-cv-02491-JLS-WVG 3:20-cv-00154-JLS-WVG ORDER |
|---|---|

Filed April 26, 2022

**ORDER**

MURGUIA, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel opinion is vacated.